# CRIMINAL COMPLAINT
(Submitted electronically)

| United States District Court | DISTRICT of ARIZONA |
|---|---|
| **United States of America**<br>v.<br>**Lucas Christian Felix**<br>**aka Luke Felix-Rose**<br>DOB: 2002; United States Citizen | DOCKET NO. |
| | MAGISTRATE'S CASE NO.<br>25-10209MJ |
| Complaint for a violation of Title 18, United States Code, § 1361 ||

**COMPLAINANT'S STATEMENT OF FACTS CONSTITUTING THE OFFENSE OR VIOLATION:**
On or about December 5, 2025, in the District of Arizona, **Lucas Christian Felix aka Luke Felix-Rose** did willfully injure and commit any depredation against property of the United States, a department or agency thereof, to wit: security gate belonging to Immigration and Customs Enforcement, and the damage to such property is greater than $1,000; in violation of Title 18, United States Code, Section 1361.

**BASIS OF COMPLAINANT'S CHARGE AGAINST THE ACCUSED:**
On December 5, 2025, United States Homeland Security Investigations (HSI) Special Agents and Special Response Team (SRT) members participated in a criminal enforcement operation in the vicinity of St. Mary's Road and Grande Avenue in Tucson, Arizona. During the execution of a search warrant, authorized by a federal judge, a crowd gathered and blocked HSI agents from leaving the search warrant location.

Later that afternoon at approximately 2:00 pm, a group of individuals formed in the vicinity of the Immigration and Customs Enforcement Removal Operations (ICE/ERO) building located at 6431 S. Country Club Road, Tucson, Arizona (AZ). The group moved towards a gate located on the West side of the building. There are numerous "no trespassing" signs clearly visible in this area. Members of the group yelled taunts, which included "Nazi", at the Deportation Officers. An ICE/ERO Deportation Officer observed a male, later identified as **Lucas Christian FELIX aka Luke Felix-Rose**, wearing a blue hat, kicking a gate located on the West side of the building several times. The Deportation Officer also recorded video of this incident. A review of this video shows a man in a blue hat/cap with the letters "PCDP" written in yellow and a white line near the bill of the hat. The man was wearing a dark colored jacket, light colored pants, light colored shoes, and had facial hair. The man appeared to have a camera slung across his shoulder. The video depicts the man forcibly striking the gate approximately four times with his foot. On his last foot strike, the gate gave way, and his foot punctured through the gate. The mesh on the gate was left obviously damaged and deformed. Review of the CCTV video from the ICE/ERO building revealed the man wearing the blue hat/cap has a stocky build and matched the description from the Deportation Officer's recorded video. The CCTV video depicts the man hitting the mesh portion of the gate numerous times with his fist before kicking the gate four times. The top of the gate was left obviously damaged and deformed from the man hitting the
**(BASIS OF COMPLAINT CONTINUED ON REVERSE.)**

MATERIAL WITNESS(ES) IN RELATION TO THE CHARGE: N/A

| DETENTION REQUESTED<br><br>Being duly sworn, I declare that the foregoing is true and correct to the best of my knowledge. | SIGNATURE OF COMPLAINANT<br>KAVESH GIEOWAR-SINGH  Digitally signed by KAVESH GIEOWAR-SINGH Date: 2025.12.12 13:57:53 -07'00' |
|---|---|
| | OFFICIAL TITLE<br>FBI SA Kavesh Gieowar-Singh |
| Sworn to before me and subscribed in my presence.<br>SIGNATURE OF MAGISTRATE JUDGE[1] | DATE<br>December 12, 2025 |

[1] See Federal Rules of Criminal Procedure Rules 3 and 54
Reviewing AUSA Austin Fenwick

CC:USM, AUSA, PTS, LCK

**(BASIS OF COMPLAINANT'S CHARGE AGAINST THE ACCUSED CONTINUED.)**
**Page 2**

gate with his fist.

Later that evening at approximately 5:00 PM, while monitoring the local news on Channel 13 KOLD, FBI personnel observed a male being interviewed by an individual who appeared to be a reporter. This male matched the description given by ICE/ERO of the male that damaged the building gate. FBI personnel captured a screenshot of the male from the interview. In the screenshot, the male is depicted wearing a blue hat/cap with the letters "PCDP" written in yellow and a white line near the bill of the hat. The male is also wearing a dark colored jacket and had facial hair. The name Luke Felix-Rose was depicted in the screenshot. Upon further review of all the footage from the incident and the screenshot of the KOLD 13 news cast, the man was identified as **Lucas Chrisitan FELIX aka Luke Felix-Rose**.

An initial estimate of the cost to repair the damaged gate of the ICE/ERO building was approximately $5,800. Under Title 18, United States Code, Section 1361, Depredation of Government Property, damage to government property greater than $1,000 is a felony offense.