TIMOTHY COURCHAINE
United States Attorney
District of Arizona
AUSTIN L. FENWICK
Assistant U.S. Attorney
United States Courthouse
405 W. Congress Street, Suite 4800
Tucson, Arizona 85701
Tele: 520-620-7300
Email: austin.fenwick@usdoj.gov
Attorneys for Plaintiff

FILED

2026 JAN -7  AM 11: 06

CLERK US DISTRICT COURT
DISTRICT OF ARIZONA

CR26-00082 TUC-RM(JEM)

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| United States of America, | **I N D I C T M E N T** |
|---|---|
| Plaintiff, | Violations: |
| vs. | 18 USC 1361 |
| Lucas Christian Felix, | Depredation of Government Property Greater than $1,000 |
| aka Luke Felix-Rose, | Count 1 |
| Defendant. | |

**THE GRAND JURY CHARGES:**

**COUNT 1**

On or about December 5, 2025, in the District of Arizona, LUCAS CHRISTIAN FELIX aka LUKE FELIX-ROSE did willfully injure and commit depredation against property of the United States Department of Homeland Security, by knowingly kicking in a portion of a security gate belonging to Immigration and Customs Enforcement, thereby

///
///
///
///
///
///
///
///

causing damage to said property in excess of One Thousand Dollars ($1,000).

All in violation of Title 18, United States Code, Section 1361.

A TRUE BILL

/s/
FOREPERSON OF THE GRAND JURY
Dated: 1/7/2026

TIMOTHY COURCHAINE
United States Attorney
District of Arizona

REDACTED FOR
PUBLIC DISCLOSURE

/s/
AUSTIN L. FENWICK
Assistant U.S. Attorney

*United States of America v. Lucas Christian Felix aka Luke Felix-Rose*
*Indictment Page 2 of 2*